IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02174-LTB-MJW

GLORIA MORRISSEY,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion to Amend Complaint (Doc 6 - filed November 14, 2008) is **GRANTED**. The tendered Amended Complaint is accepted for filing.

Dated: November 17, 2008
_____