## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-02174-LTB-MJW | FTR - Courtroom A-502 |
| **Date:** March 10, 2009 | Courtroom Deputy, Ellen E. Miller |
| GLORIA MORRISSEY, | Jaime L. Baxter |
| Plaintiff(s), | |
| v. | |
| ALLSTATE INSURANCE COMPANY, | Andrew A. Scott |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **MOTION HEARING**
**Court in Session:** 8:07 a.m.
Court calls case. Appearances of counsel.

The Court raises Defendant's Motion to Compel for argument.
Argument by Mr. Scott on behalf of defendant.
Responsive argument by Ms. Baxter on behalf of plaintiff.

**It is ORDERED:** Defendant's MOTION TO COMPEL [Docket No. **24,** Filed January 26, 2009] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:** Plaintiff's Amended Privilege Log and documents listed under the Amended Privilege Log submitted for *in camera* examination shall be SEALED by the Clerk of the Court and shall remain sealed until further order of the Court, as previously ordered *(*Docket No. 32)

Hearing concluded.
**Court in recess:** 8:20 a.m.
Total In-Court Time 00:13

To order a transcript of this proceedings, contact Avery Woods Reporting Service.
 (303) 825-6119    Toll Free 1-800-962-3345.   FAX (303) 893-8305     www.AveryWoods.net