IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02174-LTB-MJW

GLORIA MORRISSEY,

Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion for Sanctions (docket no. 37) is DENIED.  Plaintiff has provided Defendant with signed medical authorizations.  *See* exhibit 1 attached to Plaintiff's response (docket no. 41).  Each party shall pay their own attorney fees and costs for this motion.

Date:  April 21, 2009