IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-02174-LTB-MJW

GLORIA MORRISSEY,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

ORDER
_____

This case is before me on Defendant's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) and C.R.S. § 13-21-102(1.5)(a) [Doc # 16]. By the motion, Defendant argues that Plaintiff's claim for exemplary damages in her Amended Complaint is precluded by C.R.S. § 13-21-102(1.5)(a) because Plaintiff has not established prima facie proof of a triable issue on her claim for such damages. In response, Plaintiff concedes that a claim for exemplary damages in her Amended Complaint was premature and states that she was merely putting Defendant on notice of her intent to assert a claim for exemplary damages at a later time.

IT IS THEREFORE ORDERED that Defendant's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f) and C.R.S. § 13-21-102(1.5)(a) [Doc # 16] is GRANTED as confessed.

Dated: May  14 , 2009 in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE