**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02174-LTB-MJW

GLORIA MORRISSEY,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

      Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 79 - filed September 15, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   September 16, 2009